IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STACI SADLER,<br><br>      Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>      Defendant. | **ORDER OF DISMISSAL**<br><br>Civil No. 2:19-cv-00083-PMW<br><br>Chief Magistrate Judge Paul M. Warner |

    Before the court is the parties' stipulated motion to dismiss.[1] For the reasons set forth in the motion, and based upon the stipulation of the parties, the motion is GRANTED. Accordingly, it is HEREBY ORDERED that:

    1.    Plaintiff's First Cause of Action (Breach of Insurance Contract for Uninsured Motorist Coverage) is DISMISSED WITHOUT PREJUDICE but will continue to be resolved through binding arbitration pursuant to the provisions set forth in Utah Code Ann. §31A-22-305;

        a.    Consistent with Utah Code Ann. §31A-22-305, any arbitration award in excess of Plaintiff's UM policy limits shall be reduced to the amount of Plaintiff's UM policy limits; Plaintiff shall not be entitled to recover in excess of Plaintiff's UM policy with Allstate with the exception of any appropriate adjustments made in excess of Plaintiff's policy limits pursuant to Utah Code Ann. Sec. 31A-22-305(10)(g).

---

[1] *See* docket no. 22.

      2.      Plaintiff's Second Cause of Action (Breach of the Covenant of Good Faith and Fair Dealing) is DISMISSED WITH PREJUDICE.

      3.      All parties are to bear their own costs and fees thus incurred.

      4.      The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

DATED this 12th day of December, 2019.

                                                                 BY THE COURT:

                                                                  Paul M. Warner
                                                                  Chief United States Magistrate Judge